[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 18-14204

_____

D.C. Docket No. 9:17-cr-80226-RLR-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TOMMY R. FINDLEY,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(May 22, 2020)

Before WILSON, MARCUS, and BUSH,* Circuit Judges,

PER CURIAM:

_____

* Honorable John Kenneth Bush, United States Circuit Judge for the Sixth Circuit, sitting by
designation.

Tommy R. Findley appeals his convictions and sentences for production of child pornography, in violation of 18 U.S.C. § 2251(a) and (e), and possession of child pornography, in violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2).  On appeal, Findley argues that the district court (1) failed to clearly indicate that it conducted a de novo review of the suppression-hearing evidence before denying his motion to suppress; (2) improperly denied his motion to suppress; (3) constructively amended both counts of the indictment; (4) imposed an unreasonable sentence; and (5) erred by restricting his use of a computer with a modem as a condition of supervised release.

After considering the parties' briefs, the record on appeal, and with the benefit of oral argument, we find no reversible error.  Accordingly, we affirm Findley's convictions and sentences.

**AFFIRMED.**